In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00293-CR
_____

ADRIAN HEATH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 12-03-02580 CR

MEMORANDUM OPINION

On July 15, 2013, we notified the parties that our jurisdiction was not apparent from the notice of appeal and the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. No response has been filed.

The notice of appeal seeks to appeal the denial of a motion to recuse. The order is not appealable prior to conviction. *See Green v. State*, 374 S.W.3d 434,

1

445-46 (Tex. Crim. App. 2012); *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex.

Crim. App. 1991). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered September 4, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.